# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-14-00589-CV

**In re Anthony Sheridan**

### ORIGINAL PROCEEDING FROM WILLIAMSON COUNTY

### WRIT OF HABEAS CORPUS

THE STATE OF TEXAS, COUNTY OF WILLIAMSON

TO:      THE COUNTY COURT AT LAW NO. 4 OF WILLIAMSON COUNTY, TEXAS

Having considered the application for writ of habeas corpus and record filed with this Court, this Court concludes that Relator is illegally restrained pursuant to an order holding Relator in contempt and committing him to county jail, which was rendered by the 126th District Court of Travis County, Texas, on June 10, 2011, in cause number D-1-AG-09-002057, on the docket of said court and transferred to the County Court at Law No. 2 of Williamson County in cause number 12-0872-FC 2 on March 15, 2012, and transferred to Williamson County Court at Law No. 4 on October 2, 2012, with the same cause number.  IT IS THEREFORE ordered that Relator, Anthony Sheridan, be and hereby is released from the effects of the order holding Relator in contempt and committing him to county jail in accordance with the attached opinion of this Court.

ISSUED under my hand and seal November 14, 2014.

_____

Jeffrey D. Kyle, Clerk